Craig Miller, WSBA #73418
Ragan Powers, WSBA #11935
David Tarshes, WSBA #13658
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
(206) 622-3150

Attorneys for AmericanWest Bank
and Starbuck Bancshares, Inc.

The Honorable Lonny R. Suko

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>AMERICANWEST BANCORPORATION,<br><br>　　　　　Debtor,<br>_____<br>AMERICANWEST BANK, STARBUCK BANCSHARES, INC., AND SANDLER O'NEILL & PARTNERS, L.P.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CAPPELLO CAPITAL CORP.,<br><br>　　　　　Defendant.<br>_____<br>CAPPELLO CAPITAL CORP.,<br><br>　　　　　Plaintiff<br><br>　vs.<br><br>AMERICANWEST BANK; SANDLER, O'NEILL & PARTNERS, L.P.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No. 11-cv-0448-LRS<br>No. 10-bk-6097-PCW11<br><br><br><br>Adv. Proceeding No.<br>11-80039-PCW<br><br><br><br><br><br><br><br><br><br>Adv. Proc. No. 11-80323-PCW<br><br><br>**ORDER ON MOTION FOR REFERRAL TO BANKRUPTCY COURT** |

ORDER - 1
DWT 19461965v1 0093414-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## ORDER

Based on AmericanWest Bank and Starbuck Bancshares, Inc.'s Motion for Referral to Bankruptcy Court and the stipulation of the parties,

IT IS HEREBY ORDERED that the prior reference to the Bankruptcy Court in Adversary Proceeding No. 11-80039-PCW is withdrawn.

IT IS FURTHER ORDERED that ECF No. 3 is GRANTED and that all pretrial matters in Adversary Proceeding No. 11-80039-PCW are referred to the Bankruptcy Court, with this Court to exercise jurisdiction over trial of this matter. If dispositive motions are presented in Adversary Proceeding No. 11-80039-PCW, the Bankruptcy Court shall provide a Report and Recommendation on such motions to this Court.

IT IS FURTHER ORDERED that the District Court Executive is directed to enter this Order, provide copies to counsel, and provide copies to the Clerk of the Bankruptcy Court.

DATED this 18th day of May, 2012.

*s/Lonny R. Suko*

Lonny R. Suko
United States District Court Judge

ORDER - 2
DWT 19461965v1 0093414-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax